DAUKSCH, Judge.
This is an appeal from a sentence. Because it was a departure from the sentencing guidelines and no reason was given for the departure, we vacate the sentence. State v. Davis, 630 So.2d 1059 (Fla.1994). The requirement to pay money to “First Step” is error. Fyler v. State, 645 So.2d 108 (Fla. 5th DCA 1994); McLeod v. State, 645 So.2d 116 (Fla. 5th DCA 1994); Sweet v. State, 644 *700 So.2d 176 (Fla. 5th DCA 1994); Mittner v. State, 648 So.2d 139 (Fla. 5th DCA 1994); Tibero v. State, 646 So.2d 213 (Fla. 5th DCA 1994); Murray v. State, 647 So.2d 313 (Fla. 5th DCA 1994); Avallone v. State, 646 So.2d 745 (Fla. 5th DCA 1994); Watson v. State, 641 So.2d 432 (Fla. 5th DCA 1994); Macon v. State, 639 So.2d 206 (Fla. 5th DCA 1994); Eckenrode v. State, 638 So.2d 214 (Fla. 5th DCA 1994); Botts v. State, 634 So.2d 197 (Fla. 5th DCA 1994). The requirement that, while on probation, he “work diligently at a lawful occupation” is error. Armstrong v. State, 620 So.2d 1120 (Fla. 5th DCA 1993).
SENTENCE VACATED; REMANDED FOR RESENTENCING.
COBB and THOMPSON, JJ., concur.